UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**        'O'

| Case No. | 2:21-cv-09396-CAS-MAAx | Date | July 25, 2022 |
|---|---|---|---|
| Title | United States of America v. $76,000.00 In U.S. Currency | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan Galatzan, AUSA | James Drake, IV |

**Proceedings:**      MOTION TO SET ASIDE ENTRY OF DEFAULT (Dkt. 18, filed on June 24, 2022)

    On December 3, 2021, plaintiff United States of America filed a verified complaint for forfeiture against defendant $76,000.00 in U.S. currency pursuant to 21 U.S.C. § 881(a)(6). Dkt. 1 ("Compl.") at 1. Defendant currency was seized during a traffic stop of Carlos Gomez Munoz ("claimant") on March 23, 2021, in San Dimas, California. Id. ¶ 5. Plaintiff alleges defendant currency represents or is traceable to the proceeds of illegal narcotics trafficking, was intended to be used in one or more exchanges of controlled substances, or was used to facilitate one or more exchanges for a controlled substance, in violation of 21 U.S.C. § 841 et seq. Id. ¶ 17. Accordingly, plaintiff seeks forfeiture of defendant currency pursuant to 21 U.S.C. § 881(a)(6). Id.

    On January 20, 2022, claimant filed an answer to plaintiff's complaint. Dkt. 11.

    On April 4, 2022, claimant failed to appear at a Court-ordered scheduling conference. Dkt. 15. Accordingly, the Court continued the hearing to April 25, 2022, and ordered claimant to show cause in writing, no later than April 18, 2022, why his answer should not be stricken for failure to appear at a Court-ordered hearing. Id.

    However, claimant neither responded to the order to show cause nor attended the Court-ordered April 25, 2022 hearing. Dkt. 16. Accordingly, on April 25, 2022, the Court struck claimant's answer and ordered the Clerk to enter default against claimant. Id. On May 3, 2022, the Clerk entered default as to claimant. Dkt. 17.

    On June 24, 2022, claimant filed the instant motion to set aside entry of default pursuant to Rule 55(c). Dkt. 18. In advance of the July 25, 2022 hearing, the Court distributed a tentative order denying claimant's motion due to claimant's failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  'O'

| Case No. | 2:21-cv-09396-CAS-MAAx | Date | July 25, 2022 |
|---|---|---|---|
| Title | United States of America v. $76,000.00 In U.S. Currency | | |

demonstrate a lack of culpability for the default, and claimant's failure to establish the existence of a meritorious defense.  See TCI Group Life Insurance Plan v. Knoebber, 244 F.3d 691, 696 (9th Cir. 2000)

At the July 25, 2022 hearing, claimant's counsel requested that the Court provide claimant with an opportunity to resubmit his motion to set aside default.  Claimant's counsel represented that he would include additional evidence related existence of a meritorious defense, and possibly related to claimant's lack of culpable conduct.  Accordingly, although the Court **DENIES** claimant's motion to set aside the entry of default, the Court does so **WITHOUT PREJUDICE**.  Claimant must file his renewed motion to set aside default on or before **August 8, 2022**.

IT IS SO ORDERED.

|  | 00 : 07 |
|---|---|
| Initials of Preparer | CMJ |