JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$76,000.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>CARLOS GOMEZ-MUNOZ,<br><br>Claimant. | Case No: 2:21-cv-09396-CAS (MAAx)<br><br>Honorable Christina A. Snyder<br><br>**JUDGMENT OF FORFEITURE** |

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff United States of America.

   IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimant Carlos Gomez-Munoz and all other potential claimants in and to the defendant $76,000.00 in U.S. Currency ("defendant") is condemned and forfeited to the United States of America. The defendant shall be disposed of in accordance with law.

/ / /

The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. The judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: August 4, 2023

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE